STEVEN G. COHEN, Bar No. 111291
steven.cohen@dlapiper.com
MARGARET A. CRAWFORD, Bar No. 238205
maggie.crawford@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff
HAIR CLUB FOR MEN, LLC

REBEKKA R. MARTORANO, Bar No. 173600
rmartorano@ryanfong.com
**RYAN & FONG**
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Tel: 916-924-1912
Fax: 916-923-3872

Attorneys for Defendants
ELITE SOLUTIONS HAIR ALTERNATIVES
INCORPORATED, DANIELLE EATON and TINA
MOSKAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HAIR CLUB FOR MEN, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ELITE SOLUTIONS HAIR ALTERNATIVES INCORPORATED, a California corporation; DANIELLE EATON, an individual; and TINA MOSKAL, an individual, <br><br> Defendants. | CASE NO. 2:07-CV-00546-GEB-KJM <br><br> **JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES** <br><br> Dept:  10 <br> Judge:  The Honorable Garland E. Burrell |

Pursuant to the Stipulation For Entry of Judgment entered into by the Parties in connection with the settlement of this Action, Judgment is hereby entered on the Complaint in resolution of each of the claims therein as follows:

-1-

1. No later than August 10, 2007, Elite, on behalf of itself and Eaton, shall deliver to counsel for Hair Club a check for good and sufficient funds made payable to Hair Club for Men, LLC in the amount of Twenty-Five Thousand Dollars ($25,000.00).

2. Moskal shall pay to Hair Club the total sum of Twenty Thousand Dollars ($20,000.00) (the "Moskal Settlement Amount") as follows: Beginning on September 1, 2007, and continuing on the first day of every calendar month thereafter for a total of twenty (20) months, Moskal shall deliver to Hair Club at 1515 South Federal Highway, Suite 401, Boca Raton, Florida, a check for good and sufficient funds made payable to Hair Club for Men, LLC in the amount of One Thousand Dollars ($1,000.00) until the Moskal Settlement Amount is paid in full. In the event Moskal fails to make a payment or a payment is not received by Hair Club by the 10th day of any month in which a payment is due, Hair Club may give notice to Moskal of the missed payment by either faxing a letter to Moskal in care of her counsel Rebekka Martorano at (916) 923-3872 or by mailing a letter, via first class mail, addressed as follows:

> Tina Moskal
> c/o Rebekka R. Martorano
> Ryan & Fong
> 2379 Gateway Oaks Drive, Suite 100
> Sacramento, CA  95833

3. If Moskal does not bring her payments current within ten (10) days after the faxing or mailing of the notice of missed payment, or if two (2) notices have been sent and a third payment is missed or not made timely, Hair Club shall have the right to accelerate the then due outstanding balance and proceed immediately, by ex parte application, and without further notice to Moskal, to enforce this Judgment for the entire remaining balance due and owing.

4. Except with respect to (i) existing customers of Elite as of July 31, 2007, and (ii) customers of Elite at any time since January 1, 2007, Elite, Eaton, Moskal and, to the extent they exist, each of their respective officers, agents, servants, employees and attorneys, and all those persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise, are HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

    (a) Initiating any contact with or soliciting any potential hair replacement or

hair restoration customer known by them to be a current or former Hair Club customer, other than through generally distributed printed advertising, radio and/or television (i.e. advertising that is through one of these general circulation media);

    (b) Including in any advertising material any reference to Moskal and/or Eaton being formerly associated with Hair Club, or making any direct or implied reference to Hair Club in any advertising materials. Nothing in this Judgment shall prevent or enjoin Moskal or Eaton from including on a job application or resume, to be submitted to a potential employer (but not to a potential customer or client), the fact that they were formerly employed by Hair Club;

    (c) Directly or indirectly revealing, disclosing or publishing, or authorizing anyone else to reveal, disclose or publish Hair Club's client lists and/or lead lists, customer information (including customer contact information), price lists, pricing structure and strategies, or any other information acquired while at Hair Club during their employment at Hair Club, to any person, firm, corporation or other entity, or directly or indirectly using, or authorizing anyone else to use, this information for any reason or purpose whatsoever, other than as expressly authorized by Hair Club in writing; and

    (d) Retaining possession of originals or copies of documents and/or records of any nature in their possession, custody or control which belong to Hair Club or relate to Hair Club's client lists and/or lead lists, customer information (including customer contact information), price lists, pricing structure and strategies, whether or not such information was produced by their own efforts.

  5. In the event of a breach by any Defendant of any of the terms of this injunction, as set forth in paragraph 4, above, in addition to any other remedy to which Hair Club may be entitled, the breaching Defendant shall pay to Hair Club the sum of Two Thousand Five Hundred Dollars ($2,500.00) for each breach.

  6. Each Party shall bear its own attorneys' fees and costs in this Action.

  7. All previously scheduled court dates in this Action are vacated upon entry of this Judgment.

8. Hair Club's corporate surety bond in the amount of $10,000.00, previously posted by Hair Club in connection with the entry of a preliminary injunction in this Action, is hereby released to Hair Club.

**IT IS SO ORDERED**.

Dated: July 24, 2007

_____
United States District Judge

Submitted by

**DLA PIPER US LLP**


By:_____
  STEVEN G. COHEN
  Attorneys for Plaintiff
  HAIR CLUB FOR MEN, LLC